# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS13 | 9576617 | Kline | C057 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 06/13/2025 /0700Ao 06/17/2025
Offense Charged: ☒ USC
18 USC 1028

Place of Offense: 3990 E. Broad St. Columbus, Ohio 43213

Offense Description. Factual Basis for Charge: HAZMAT ☐
Fraud and related activity in connection with identification documents, authentication features, and information

### DEFENDANT INFORMATION
Last Name: Bumpus
First Name: Orssie
M.I.: F

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

Court Address:
U.S. District Court
85 Marconi Blvd
Columbus, OH 43215
614-719-3000

Date: 10/16/2025
Time: 11:00 AM

X Defendant Signature: [signed] Orssie F Bumpus
Original - CVB Copy
*9576617*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 16 June, 2025 while exercising my duties as a law enforcement officer in the Southern District of Ohio.

On 16 JUNE 2025, at 6:44am, I responded to a call in reference to a security violation, the misuse of a DLA employee's government information, located at the Defense Supply Center Columbus (DSCC). Mr. Alan Albrecht made a complaint about his identity being used to gain access to a government computer system without his permission. Mr. Albrecht made a statement that identified Orssie Bumpus, also a DLA employee, as being the known offender. The conclusion was that Bumpus called Defense Manpower Data Center (DMDC) helpdesk using Mr. Albrecht's name and Department of Defense (DOD) identification number. This was discovered when Mr. Albrecht, who is only one of two Base Security Officers present at the time of the incident, was called because of a lockout from the Defense Biometric Identification System used for base access. Mr. Albrecht contacted DMDC to fix the problem when the helpdesk technician informed him that he had already called prior to fix the issue. Mr. Albrecht informed the helpdesk technician that he did not call prior to his current call. I proceeded to interview Mr. Bumpus about the incident. Mr. Bumpus who is a Site Security Manager at the DSCC disclosed in a sworn statement that he provided Mr. Albrecht's identification to authenticate access into the Defense Biometric Identification System (DBIDS) for the means of a password reset. Mr. Bumpus was advised of the violation and received a citation under 18 USC 1028; Fraud and related activity in connection with identification documents, authentication features and information.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/17/2025
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident